## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WILLIS SIDNEY SMITH,**

       **Petitioner,**

**v.**                    **CASE NO. 4:13-cv-188-MW/CAS**

**STATE OF FLORIDA,**

       **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND <u>RECOMMENDATION</u>

The Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed April 24, 2013.     Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.   The Clerk shall enter judgment stating, "The Clerk shall **transfer jurisdiction** of this cause to the United States District Court for the Southern District of Florida."   The Clerk shall close the file.

SO ORDERED on May 10, 2013.

                            s/Mark E. Walker
                            United States District Judge